UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEDIR MAHAYDIN DAAHIR,

    Petitioner,

v.

    Case No. 1:17-cv-1143

    HON. JANET T. NEFF

REBECCA ADDUCCI,

    Respondent.
_____/

**ORDER**

This is a habeas corpus petition filed pursuant to 28 U.S.C. § 2241. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 2, 2018, recommending that this Court deny the petition without prejudice. The Report and Recommendation was duly served on the parties.[1] No objections have been filed, *see* 28 U.S.C. § 636(b)(1), and the Court issues this Order. The Court will also issue a Judgment. *See Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013) (requiring a separate judgment in habeas proceedings). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 6) is APPROVED and ADOPTED as the Opinion of the Court and the petition for habeas corpus relief (ECF No. 1) is DENIED without prejudice for the reasons stated in the Report and Recommendation.

Dated: July 31, 2018

                                           /s/ Janet T. Neff
                                           JANET T. NEFF
                                           United States District Judge

---

[1] Service of the Report and Recommendation on Petitioner was returned, marked "Inmate released" (ECF No. 7). Petitioner has failed to keep the Court apprised of his current address.